**RACHELLE TAYLOR GOLDEN 295385**
Rachelle@GoldenADADefense.com
GOLDEN LAW A.P.C.
1100 W. Shaw Avenue, Suite 132
Fresno, California 93711
Telephone:  (559) 878-3521


Attorneys for Defendants: H, L & W INVESTMENTS, INC. dba L & M LIQUOR & DELI; LUPE MALDOADO dba L & M LIQUOR & DELI; MARY MALDONADO dba L & M LIQUOR & DELI; BARBARA E. MENK, Trustee of the MENK LIVING TRUST dated May 15, 1997

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| DARREN GILBERT, | NO. 2:21-cv-01894-TLN-AC |
| Plaintiff, | **STIPULATION TO EXTEND RESPONSIVE PLEADING DEADLINE FOR DEFENDANTS, H, L & W INVESTMENTS, INC. dba L & M LIQUOR & DELI; LUPE MALDOADO dba L & M LIQUOR & DELI; MARY MALDONADO dba L & M LIQUOR & DELI AND ORDER THEREON** |
| vs. | |
| H, L & W INVESTMENTS, INC. dba L & M LIQUOR & DELI; LUPE MALDOADO dba L & M LIQUOR & DELI; MARY MALDONADO dba L & M LIQUOR & DELI; BARBARA E. MENK, Trustee of the MENK LIVING TRUST dated May 15, 1997, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff, DARREN GILBERT ("Plaintiff"), and Defendants, H, L & W INVESTMENTS, INC. dba L & M LIQUOR & DELI; LUPE MALDOADO dba L & M LIQUOR & DELI; MARY MALDONADO dba L & M LIQUOR & DELI, ("Defendants"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a), and Local Rules 143(b) and 144(a), Defendants may have to and including January 10, 2022, to file a responsive pleading in this matter.

Defendants are represented by the same counsel as Defendant, Barbara E. Menk, who accepted service by way of Waiver of Service of Summons (Document 4), and who has a responsive pleading deadline of January 10, 2022. This extension is provided so that all Defendants may appear together without incurring the cost and expense of filing two separate responsive pleadings. This extension of time is Defendants' first extension and does not alter the date of any event or any deadline already scheduled by the Court.

DATED: November 15, 2021         HATMAKER LAW GROUP

By  /s/ Rachelle Taylor Golden
RACHELLE TAYLOR GOLDEN
Attorney for Defendant,
H, L & W INVESTMENTS, INC.
dba L & M LIQUOR & DELI; LUPE
MALDOADO dba L & M LIQUOR &
DELI; MARY MALDONADO dba
L & M LIQUOR & DELI; BARBARA E.
MENK, Trustee of the MENK LIVING
TRUST dated May 15, 1997

DATED: November 15, 2021         MOORE LAW FIRM, P.C.

By  /s/ Tanya E. Moore
TANYA E. MOORE
Attorney for Plaintiff,
DARREN GILBERT

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

By  /s/ Rachelle Taylor Golden
RACHELLE TAYLOR GOLDEN
Attorney for Defendants,
H, L & W INVESTMENTS, INC.
dba L & M LIQUOR & DELI; LUPE
MALDOADO dba L & M LIQUOR &
DELI; MARY MALDONADO dba
L & M LIQUOR & DELI; BARBARA E.
MENK, Trustee of the MENK LIVING
TRUST dated May 15, 1997

## **ORDER**

IT IS ORDERED, that Defendants, H, L & W INVESTMENTS, INC. dba L & M LIQUOR & DELI; LUPE MALDOADO dba L & M LIQUOR & DELI; MARY MALDONADO dba L & M LIQUOR & DELI, shall have up to and including January 10, 2022, to file their responsive pleading.

DATE:  November 16, 2021

_____
Troy L. Nunley
United States District Judge